IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| KATHY BIGGERS, ) | |
| ) | |
| Plaintiff/Counter-Defendant, ) | |
| ) | |
| v. ) | Civil No. 3:10-0128 |
| ) | Judge Trauger |
| ACCELECARE WOUND CENTERS, INC., ) | |
| ) | |
| Defendant/Counter-Plaintiff. ) | |

**O R D E R**

It is hereby **ORDERED** that a telephone conference is scheduled in this case for Wednesday, October 13, 2010, at 10:00 a.m.

It is so **ORDERED**.

ENTER this 12th day of October 2010.

_____
ALETA A. TRAUGER
U.S. District Judge