## IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | | |
|---|---|---|
| KATHY BIGGERS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 3:10-CV-0128 |
| v. | ) | Judge Trauger |
| | ) | |
| ACCELECARE WOUND CENTERS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## AGREED ORDER FOR SUBSTITUTION OF COUNSEL

Upon motion of Defendant, Accelecare Wound Centers, Inc. ("Defendant"), and by agreement of counsel regarding the substitution of Charles K. Grant and Natasha W. Campbell of the law firm of Baker Donelson Bearman Caldwell & Berkowitz, P.C., in place of Leslie Goff Sanders of the law firm of Webb Sanders PLLC, as counsel for Defendant, and for good cause shown,

It is hereby **ORDERED** that Charles K. Grant and Natasha W. Campbell and their referenced firm shall be substituted as counsel of record for Defendant, and that Leslie Goff Sanders and her referenced firm shall be withdrawn as counsel of record for Defendant.

**ENTERED** this 25th day of May, 2011.

_____
THE HON. ALETA A. TRAUGER

Approved for Entry:

BAKER DONELSON BEARMAN
CALDWELL & BERKOWITZ, PC


s/ Charles K. Grant
Charles K. Grant, BPR No. 17081
Natasha W. Campbell, BPR No. 26798
211 Commerce Street, Suite 800
Nashville, Tennessee  37201
(615) 726-5767 Telephone
(615) 744-5767 Facsimile


WEBB SANDERS PLLC


s/ Leslie Goff Sanders
Leslie Goff Sanders, BPR No. 18973
2784 Highway 31W
White House, Tennessee 37188
(615) 581-0804 Telephone

***Attorneys for Defendant***