# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# AT NASHVILLE

| | |
|---|---|
| KATHY BIGGERS, ) | |
| ) | |
| Plaintiff, ) | No. 3:10-0128 |
| ) | Judge Sharp |
| v. ) | Magistrate Judge Knowles |
| ) | |
| ACCELECARE WOUND ) | JURY DEMAND |
| CENTERS, INC., ) | |
| ) | |
| Defendant. ) | |

## AGREED ORDER OF DISMISSAL

As evidenced by the signatures of counsel, the parties agree that Defendant's Counterclaim (Dkt. No. 8) should be dismissed, with prejudice.

IT IS HEREBY ORDERED that Defendant's Counterclaim (Dkt. No. 8) is dismissed, with prejudice.

Entered Oc{": .''42350

_____
Honorable Kevin H. Sharp
United States District Court Judge

Approved for Entry:


s/ Peggy Tolson w/ permission
Peggy Tolson (BPR No. 19704)
TOLSON AND ASSOCIATES
7100 Executive Center Drive, Suite 110
Brentwood, TN 37027
(615) 221-8081 (telephone)

s/ Charles K. Grant
Charles K. Grant (BPR No. 17081)
Stephen P. Spann (BPR No. 11322)
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, P.C.
211 Commerce Street, Suite 800
Nashville, Tennessee 37201
(615) 726-5767 (telephone)
(615) 744-5767 (fax)
Attorneys for Defendant