MOTION GRANTED
Kevin H. Sharp

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | | |
|---|---|---|
| KATHY BIGGERS, | ) | |
| | ) | |
| Plaintiff, | ) | No. 3:10-0128 |
| | ) | Judge Sharp |
| v. | ) | Magistrate Judge Knowles |
| | ) | |
| ACCELECARE WOUND CENTERS, INC., | ) | JURY DEMAND |
| | ) | |
| | ) | |
| Defendant. | ) | |

### DEFENDANT'S MOTION FOR LEAVE TO EXCEED THE PAGE LIMITATION IN ITS MEMORANDUM IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT

Defendant, Accelecare Wound Centers, Inc. ("Accelecare" or "Defendant"), by and through its undersigned counsel, hereby moves the Court for an Order allowing Defendant to exceed the twenty (20) page limitation contained in the Court's Case Management Order by three (3) pages in its Memorandum in Support of its Motion for Summary Judgment.

Although Defendant timely filed its Motion for Summary Judgment, Defendant's counsel inadvertently overlooked the fact that Defendant's Memorandum in Support of its Motion for Summary Judgment exceeded, by three (3) pages, the page limitation contained in the Court's Case Management. Accordingly, so that it may adequately and properly address the issues in this case, Defendant respectfully requests that the Court grant its Motion for Leave to Exceed, by three (3) pages, the Page Limitation contained in the Court's Case Management Order.

In support of this Motion, Defendant relies upon its contemporaneously filed Memorandum in Support.