UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| KATHY BIGGERS ) | |
| ) | NO. 3:10-0128 |
| v. ) | JUDGE SHARP |
| ) | |
| ACCELECARE WOUND CENTERS, INC. ) | |

**O R D E R**

The jury trial scheduled for February 18, 2014, and the final pretrial conference scheduled for January 27, 2014, are hereby continued to be reset, if needed, after the Court issues a ruling on the pending dispositive motion.

IT IS SO ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE